# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| LARRY WAYNE AIKEN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00534-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2023 Order.

January 9, 2023

_____
Frank G. Johns, Clerk
United States District Court